## MOTION DOCKET

94–2458. Cargill, Inc. v. Tracy. Board of Tax Appeals, No. 91–G–827. On motion to vacate and remand. Motion granted.